**Opinion issued October 7, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-14-00142-CV

———————————

**KAREY B. STATIN, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-23471**

## MEMORANDUM OPINION

Appellant Karey Bernard Statin attempts to appeal an order granting a lien foreclosure application filed by appellee pursuant to Texas Rule of Civil Procedure 736. On April 30, 2014, we sent appellant a notice of intent to dismiss this appeal for want of jurisdiction because such orders are not reviewable by appeal. *See* TEX.

R. CIV. P. 736.8(c) (order granting or denying foreclosure application under Texas Rule of Civil Procedure 736 "is not subject to a motion for rehearing, new trial, bill of review, or appeal."). We informed appellant that the appeal would be dismissed for want of jurisdiction unless he filed a response demonstrating that this Court has jurisdiction over this appeal Appellant failed to file an adequate response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. CIV. P. 736.8(c); *Thweatt v. Deutsche Bank Nat'l Trust Co.,* No. 01–14–00261–CV, 2014 WL 2538691, at *1 (Tex. App.—Houston [1st Dist.] June 5, 2014, no pet.) (dismissing appeal of Rule 736 order for lack of jurisdiction); *Johnson v. Residential Funding Real Estate Holdings, LLC*, No. 01–10–00287–CV, 2011 WL 2418516, at *1 (Tex. App.—Houston [1st Dist.] May 26, 2011, no pet.) (same).

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.